FILED'08 MAR 04 1351USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

HUYNH LE THI NGUYEN,

        **Plaintiff,**

v.

Civil No. 07-1739-AA

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        **Defendant.**

## JUDGMENT

This action is reversed and remanded for payment of benefits.

Dated: March 2, 2008.

_____
**United States District Judge**

**JUDGMENT**           **DOCUMENT NO:** _____