FILED'08 APR 22 0657USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

HUYNH LE THI NGUYEN,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

    Defendant.

Civil No. 06-1739-AA

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of $6,310.29 are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated April 21, 2008.

Hon. Ann Aiken
U.S. DISTRICT JUDGE

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Attorney for Plaintiff